# United States District Court
# For The Western District of North Carolina
# Asheville Division

CHEY ROBERTS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT REGARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 IN A CIVIL CASE

1:10cv280

DECISION BY COURT. This action having come before the Court by the Plaintiff's Petition for Attorney's Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412 [Doc. 18]. And a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment regarding Attorney's Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412 is hereby entered in accordance with the Court's 1/10/2012 Memorandum of Decision and Order.

Signed: January 10, 2012

Frank G. Johns, Clerk
United States District Court